UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
HANOVER INSURANCE COMPANY,

                         Plaintiff,

v.

FLANAGAN, et al.,

                         Defendants.
---------------------------------------------------------X

ORDER

23-CV-05957-PMH

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within one hundred and twenty (120) days of this Order. Any application to reopen filed after one hundred and twenty (120) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
          December 10, 2024

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge